

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROCK RIVER MINERALS, LP and MICHAEL L. CASS, | § | No. 08-23-00216-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 112th Judicial District Court |
| v. | | |
| | § | of Upton County, Texas |
| PIONEER NATURAL RESOURCES USA INC., CROWNQUEST OPERATING, LLC, & CROWNROCK, LP, | § | (TC# 20-07-U4825-OTH) |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF OCTOBER 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox, and Soto, JJ.